UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

HEBER AUDIAS AVILA ORTEGA,
A-203-560-812

                Petitioner,

      v.

WARDEN, CALIFORNIA CITY
CORRECTIONAL CENTER,

                Respondent.

No.  1:26-cv-03167-DAD-DMC-HC

ORDER

Petitioner, an immigration detainee who is proceeding pro se, filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 together with a motion for temporary restraining order. See ECF Nos. 1 and 2.

The District Judge denied Petitioner's motion for temporary restraining order and referred the matter to the undersigned. See ECF No. 7. Respondents previously filed a motion to dismiss. See ECF No. 6.

/ / /

/ / /

/ / /

/ / /

/ / /

1

Accordingly, Petitioner will be directed to file an opposition or statement of non-opposition, within seven (7) days of the date of this order, in the event Petitioner files an opposition, Respondent may file a reply within three (3) days from the date of Petitioner's filing. Petitioner is specifically directed to inform the Court whether Petitioner's order of removal is administratively final or subject to an appeal.

IT IS SO ORDERED.

Dated:  May 21, 2026

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

2