UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HEBER AUDIAS AVILA ORTEGA, A-203-560-812 | No. 1:26-cv-03167-DAD-DMC-HC |
| Petitioner, | |
| v. | ORDER |
| WARDEN, CALIFORNIA CITY CORRECTIONAL CENTER, et. al., | |
| Respondents. | |

Petitioner, an immigration detainee who is proceeding pro se, filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. Pending before the Court is Petitioner's unopposed motion for 30 day extension of time, ECF No. 10.

Petitioner requests a 30-day extension of time to file an opposition to Respondent's motion to dismiss. See ECF No. 10. On the same day as filing the motion for extension, Petitioner filed an opposition. See ECF No. 9. The undersigned assumes Petitioner filed the opposition, ECF No. 9, as a precaution if his motion for extension of time, ECF No. 10, was not granted. In addition to seeking an extension of time, Petitioner requests that Respondent be ordered to not transfer or remove Petitioner, and the Court maintain jurisdiction over the petition. See ECF No. 10, pg. 4.

///

1

Good cause appearing, the undersigned will grant the unopposed motion for extension of time in part and allow Petitioner 30 days from the date of this order to file an opposition. The Court previously provided Respondent three days to file a reply to Petitioner's opposition. See ECF No. 8. In light of the extension of time provided to Petitioner, the Court will allow Respondent seven days to file a reply to Petitioner's opposition. If Petitioner fails to file an opposition within 30 days, the Court will accept ECF No. 9 as the opposition and Respondent shall have seven days from Petitioner's filing deadline to file a reply.

However, the motion will be denied as moot as to Petitioner's additional requests as Respondent previously requested that the District Judge lift the no transfer order, ECF No. 6, and the District Judge declined to rule on such request, ECF No. 7. Thus, the no transfer order, ECF No. 5, remains and the Court retains jurisdiction over the matter.

Accordingly, it is HEREBY ORDERED that:

1.     Petitioner's motion for 30 day extension, ECF No. 10, is GRANTED as to Petitioner's request for an extension of time;

2.     Petitioner's motion for 30 day extension, ECF No. 10, is DENIED AS MOOT as to all other relief requested;

3.     Petitioner shall have 30 days from the date of this order to file an opposition to Respondent's motion to dismiss;

4.     Respondent shall have seven days to reply to Petitioner's opposition.

5.     If within 30 days Petitioner fails to file an opposition to Respondent's motion to dismiss, the opposition previously filed at ECF No. 9 will be accepted by the Court as Petitioners opposition here, and Respondent shall have 7 days thereafter to reply.

Dated:  June 17, 2026

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

2