UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HEBER AUDIAS AVILA ORTEGA, A-203-560-812 | No.  1:26-cv-03167-DAD-DMC-HC |
| Petitioner, | |
| v. | ORDER |
| WARDEN, CALIFORNIA CITY CORRECTIONAL CENTER, et. al., | |
| Respondents. | |

Petitioner, an immigration detainee who is proceeding pro se, filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241.

Respondents argue that the petition should be dismissed because "on June 22, 2026, Petitioner was successfully removed from the United States to Honduras." ECF No. 13, pg. 1. In support of this claim, Respondents attach what appears to be an online record reflecting Petitioner's name and A-Number (203-560-812). See ECF No. 13-2. The document states "Release Reason: Removed." Id.

Respondents do not explain where this record was pulled from, who pulled the record nor do Respondents provide an affidavit from anyone involved in Petitioner's removal who can attest that Petitioner was removed. Indeed, Respondents claim that Petitioner was removed to Honduras, ECF No. 13, pg. 1, but the exhibit provided does not appear to state that

1

Petitioner was removed to Honduras, ECF No. 13-2, and therefore, it is unclear where that information originates and what Respondents are relying on when making such claim.

Thus, Respondents are directed to provide additional documentation and support for their claim that Petitioner was removed within fourteen (14) days of the date of this order.

IT IS SO ORDERED.

Dated:  June 30, 2026

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

2