UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HEBER AUDIAS AVILA ORTEGA, A-203-560-812<br><br>Petitioner,<br><br>v.<br><br>WARDEN, CALIFORNIA CITY CORRECTIONAL CENTER, et. al.,<br><br>Respondents. | No. 1:26-cv-03167-DAD-DMC-HC<br><br>ORDER |

Petitioner, an immigration detainee who is proceeding pro se, filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241.

Respondents argue that the petition should be dismissed because "on June 22, 2026, Petitioner was successfully removed from the United States to Honduras." ECF No. 13, pg. 1. The undersigned directed Respondents to provide additional documentation to support this claim. See ECF No. 15. Respondents provided a warrant of removal/deportation. See ECF No. 16. The undersigned finds the warrant of removal/deportation is insufficient to establish that Petitioner here has been deported.

/ / /

/ / /

/ / /

Respondents are directed to file an affidavit or sworn declaration within fourteen (14) days of the date of this order to support their claim that Petitioner here was removed.

IT IS SO ORDERED.

Dated: July 20, 2026

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE