UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

HEBER AUDIAS AVILA ORTEGA,
A-203-560-812

Petitioner,

v.

WARDEN, CALIFORNIA CITY CORRECTIONAL CENTER, et. al.,

Respondents.

No. 1:26-cv-03167-DAD-DMC-HC

FINDINGS AND RECOMMENDATIONS

Petitioner, an immigration detainee who is proceeding pro se, filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. Pending before the Court is Respondent's motion to dismiss, ECF No. 6, Petitioner filed oppositions, ECF Nos. 9 ,10, and 12, and Respondent filed a reply, ECF No. 13.

In the reply, Respondent informed the Court that "on June 22, 2026, Petitioner was successfully removed from the United States to Honduras." ECF No. 13, pg. 1. Thus, Respondent argues the petition is moot and should be dismissed. See id. The undersigned sought additional documentation to support the claim that Petitioner had been removed, ECF No. 15, and directed Respondent to file an affidavit or sworn declaration in support, ECF No. 17. Respondent filed a declaration by Kenneth Jager, a Deportation Officer employed by the U.S. Department of Homeland Security. See ECF No. 18.

> Under oath and subject to the penalty of perjury, Officer Jager states that he reviewed all the case information within ICE databases regarding Petitioner. I am informed and believe that on June 22, 2026, Petitioner boarded an International Flight (Mission No. 26-005921 from Alexandria, LA (AEX) to Honduras (MHLM). As such, I am informed and believe that on June 22, 2026, Petitioner was removed from the United States to Honduras.

Id. at 1-2 (numbering omitted).

Based on the evidence presented by Respondent, as confirmed by Officer Jager, the undersigned finds that Petitioner has been removed from the United States, is no longer in Respondent's custody, and therefore, his petition for writ of habeas corpus, challenging his detention should be dismissed as moot. Given Respondent's motion to dismiss addressed the facts prior to Petitioner's removal, the undersigned will recommend that the motion to dismiss be denied as moot.

Accordingly, it is RECOMMENDED that the Petition for writ of habeas corpus, ECF No. 1, be DISMISSED, and the motion to dismiss, ECF No. 6, be DENIED AS MOOT.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). The undersigned finds that a shortened objection period is warranted in this case given the nature of the relief at issue as well as the fact that the parties have had sufficient time to submit all of their arguments in written briefs. See United States v. Barney, 568 F.2d 134, 136 (9th Cir. 1978) (per curiam) (stating that 28 U.S.C. § 636(b)(1) sets the maximum objection period and not the minimum); see also Local Rule 304(b). Thus, within 7 days after being served with these findings and recommendations, any party may file written objections with the Court. Failure to file objections within the specified time may waive the right to appeal. See Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

Dated: August 5, 2026

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE